FILED

AUG 20 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | Case No. 25 CR-314 SEH |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession of Methamphetamine with Intent to Distribute; |
| JOSHUA LEE CORNOG, | Forfeiture Allegation: 21 U.S.C. |
| Defendant. | § 853 – Drug Forfeiture] |

**THE GRAND JURY CHARGES:**

On or about July 30, 2025, in the Northern District of Oklahoma, the defendant, **JOSHUA LEE CORNOG**, knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## FORFEITURE ALLEGATION
[21 U.S.C. § 853]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Upon conviction of the offense alleged in this Indictment, as a part of his sentence, the defendant, **JOSHUA LEE CORNOG**, shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations and any property, real or personal, that was used or intended to be used to commit or to facilitate the violations of federal law.

All pursuant to Title 21, United States Code, Section 853.

CLINTON J. JOHNSON  
United States Attorney

A TRUE BILL

_____  
NIKO A. BOULIERIS  
Assistant United States Attorney

_/s/ Grand Jury Foreperson_  
Grand Jury Foreperson

2