# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

United States of America

Plaintiff(s),

vs.

Case No.: 25-CR-314-SEH

Joshua Lee Cornog

**Criminal Information Sheet & Minutes**

Defendant(s).

Date: _____8/22/2025_____          Interpreter: ☐ Yes ☒ No

Magistrate Judge Steele          Deputy Lynn Tiefenthaler          USPO J. Gregg

Date of Arrest: 8/22/2025          Arrested by: USMS          ☒ Detention requested by AUSA

Bail Recommendation:          ☐ Unsecured

Additional Conditions of Release Recommendation:

☐ a. ☐ b. _____          ☐ o. ☐ p. ☐ q. ☐ r. ☐ s. ☐ t. _____
☐ c. ☐ d. ☐ e. ☐ f. ☐ g. ☐ h          ☐ u. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ i. ☐ j. ☐ k. ☐ l.          ☐ v. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
☐ m. (☐ i, ☐ ii, ☐ iii, ☐ iv)          ☐ w. (☐ 1, ☐ 2)
☐ n. _____          ☐ x. (other) _____

Defendant requests Federal Public Defender/Ct. Appt. Counsel: ☒ Yes ☐ No

Defendant's Attorney:    Marny Hill          ☐ FPD; ☒ Ct Appt; ☐ Ret Cnsl;

☐ Counsel not present, to be appt on appearance

AUSA:    Niko Boulieris nathanMichelfor

## MINUTES:

Interpreter: _____; ☐ Sworn

☒ Defendant appeared in person for IA on: ☒ Indictment; ☐ Information; ☐ Complaint; ☐ Petition on PTR/SR/Prob; ☐ Rule 5

☒ Financial Affidavit received and FPD/CJA appointed

☒ Defendant verified their name, as reflected in the indictment/information/complaint/petition/Rule 5, is their true and correct legal name

☐ Defendant stated their true and correct name is:

_____    _____    _____    _____
First/Fore-/Given Name(s):          Middle Name(s):          Last/Sur-/Family Name(s):          Suffix

☐ Government requested; and ☐ Court ordered:

☐ Defendant's name be added as an a/k/a

☐ Defendant's name be corrected by interlineation to reflect Defendant's true and correct name as stated in open court and all previous filings are amended by interlineation to reflect the same

☒ Waivers executed and filed: ☐ of Indictment; ☐ of Preliminary Exam; ☒ of Detention Hearing; ☐ of Rule 5 Hearings

☐ Bond set for _____; Bond and conditions of release executed ☐ Did judge grant an oral motion to stay the release order?

☒ Arraignment held and Defendant pleads not guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.

☐ Arraignment scheduled: _____ at _____ a.m./p.m.

☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.

☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.

☒ Defendant detained and remanded to custody of U.S. Marshal:

☒ Pending further proceeding; ☐ Pending release on bond for treatment

☐ Defendant to remain released on previous conditions

☒ Motion for Detention # 5 : ☐ Granted; ☐ Denied; ☒ Moot per Defendant's waiver of detention hearing

☒ Motion for Hearing # 6 : ☐ Granted; ☐ Denied; ☒ Moot per Defendant's waiver of detention hearing

**Additional Minutes:** _____
_____
_____