

AO 442 (Rev. 10/13) Arrest Warrant

FILED
AUG 2 5 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

USMS-N/OK RCVD:
AUG 21 2025 PM3:13

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) |
| v. | ) |
| | ) Case No. 25 CR - 3 1 4 SEH |
| JOSHUA LEE CORNOG | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOSHUA LEE CORNOG,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession of Methamphetamine with Intent to Distribute
21 U.S.C. § 853 – Drug Forfeiture

Date: AUG 2 0 2025

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Heidi D. Campbell, Court Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 8/20/25, and the person was arrested on *(date)* 8/22/25
At *(city and state)* TULSA, OK
Date: 8/22/25

*Arresting officer's signature*

JOSEPH POITFEO DUSM
*Printed name and title*

NB/as