IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| V. | ) Case No. 25-CR-314-SEH |
| JOSHUA LEE CORNOG, | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE AS
## CJA APPOINTED ATTORNEY OF RECORD

**COMES NOW** Marny Hill, Attorney at Law, who enters her appearance as the CJA-appointed attorney of record for the above defendant.

Respectfully Submitted,

Marny Hill

By___s/ Marny Hill_____
**MARNY HILL, OBA# 17295**
P.O. BOX 1506
TULSA, OK 74101
(198)232-3008
MHILLATTORNEY@GMAIL.COM
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August, 2025, the foregoing instrument was electronically transmitted to the following ECF registrants:

Niko Bouliaris, AUSA

        s/Marny Hill